No. 96–7230. SALTER *v.* RICHARDSON, COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 96–7236. CLOIRD *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 96–7240. REID *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7242. MONTOYA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–7244. ALSTON *v.* GUILLORY ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–7247. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7250. HERRERA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–7251. FEINBERG *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–7252. GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7253. HORODNER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7256. INDUISI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7258. FLETCHER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7259. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–7261. OLSEN *v.* FLORIDA. Cir. Ct. Pinellas County, Fla. Certiorari denied.

No. 96–7263. HERRON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–7266. MARTINEZ ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.